IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA LUISA RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. 13-02989 |
| WAL-MART STORES TEXAS, L.L.C. | § § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)

The parties hereby request the court to sign the attached order acknowledging this stipulation of dismissal with prejudice by Plaintiff, MARIA LUISA RODRIGUEZ, against Defendant, WAL-MART STORES TEXAS, L.L.C., pursuant to FED. R. CIV. P. 41 (A)(1)(ii) on the grounds that the parties have resolved their controversies.

For these reasons, the parties ask the Court to enter a dismissal with prejudice.

Respectfully submitted,

GOMEL & ASSOCIATES, P.C.

Dominique Bartholet
Texas Bar No. 24034335
1177 West Loop South, Suite 1400
Houston, Texas 77027
(713) 961-7777

ATTORNEY FOR PLAINTIFF,
MARIA LUISA RODRIGUEZ

G:\11183\10924\Pleadings\Stipulation of Dismissal.doc

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John A. Ramirez/Neal A. Hoffman
Bush & Ramirez, P. L.L.C.
5615 Kirby Drive, Suite 900
Houston, Texas 77005

Dominique Bartholet